State v. McCoy

STATE OF NORTH CAROLINA v. BILLY SANFORD McCOY

No. 7515SC66

(Filed 7 May 1975)

**Criminal Law § 155.5— failure to docket appeal in apt time**

　　Appeal is dismissed for failure to docket the appeal within 90 days after the date of the judgment appealed from, no valid order extending the time to docket having been entered during the 90-day period. Court of Appeals Rule 5.

APPEAL by defendant from *Brewer, Judge.* Judgment entered 27 August 1974 in Superior Court, CHATHAM County. Heard in the Court of Appeals 8 April 1975.

Defendant was charged in a warrant with operating a motor vehicle on a public street or highway while under the influence of intoxicating liquor, second offense, and with operating a motor vehicle on a public street or highway while his operator's license was revoked. He was convicted in district court and appealed to superior court.

The jury found him guilty of both offenses charged. From judgment imposing a suspended sentence, defendant appealed to this Court.

*Attorney General Edmisten, by Assistant Attorney General William B. Ray, for the State.*

*Gunn & Messick, by Paul S. Messick, Jr., and Robert L. Gunn, for defendant appellant.*

ARNOLD, Judge.

The judgment appealed from was entered on 27 August 1974, but the record on appeal was not docketed until 20 January 1975, more than 90 days later. No valid order extending time to docket was entered during the 90-day period. For failure to comply with Rule 5 of the Rules of Practice of the Court of Appeals, this appeal is

Dismissed.

Chief Judge BROCK and Judge PARKER concur.